**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 12-10653 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00055-KJM |
| v. |  |
| GONZALO SERRANO-VILLALOBOS, | MEMORANDUM* |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the Eastern District of California
Kimberly J. Mueller, District Judge, Presiding

Submitted December 17, 2013**

Before:     GOODWIN, WALLACE, and GRABER, Circuit Judges.

Gonzalo Serrano-Villalobos appeals from the district court's judgment and

challenges the 180-month sentence imposed following his guilty-plea conviction

for multiple drug offenses in violation of 21 U.S.C. §§ 841(a) and 846.  We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

     *     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

     **     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Serrano-Villalobos contends that his sentence is substantively unreasonable because the district court failed to grant a departure on the ground that his criminal history category was overstated.  The district court did not abuse its discretion in imposing Serrano-Villalobos's sentence.  *See Gall v. United States*, 552 U.S. 38, 51 (2007).  The below-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of circumstances, including the offense conduct.  *See id*.

**AFFIRMED.**